■ RICHARD KAHN, Appellant, v LEO SCHACHTER DIAMONDS, LLC, et al., Respondents. [30 NYS3d 862]—

Order, Supreme Court, New York County (Melvin L. Schweitzer, J.), entered January 16, 2015, which, inter alia, denied plaintiff's application for the issuance of letters rogatory, unanimously affirmed, with costs.

Plaintiff failed to establish that the discovery he seeks from nonparty entities in Brazil is "crucial" to the resolution of a key issue in this case (*see Richbell Info. Servs., Inc. v Jupiter Partners L.P.*, 32 AD3d 150, 156-157 [1st Dept 2006]). He

contends that the discovery will show that he was responsible for introducing the Brazilian entities to defendants, and will establish the amount of commissions owed to him. However, he does not seek to request anything from the Brazilian entities that he could not obtain (or has not already obtained) from defendants (*see id.* at 155). Defendants have produced more than 8,000 pages of documents, including sales information from before and after the termination of their relationship with plaintiff and communications to third parties concerning their business in Brazil and Argentina and their agreement with plaintiff. Plaintiff has not identified any deficiencies in that production or any reasons to doubt the completeness of defendants' compliance with discovery. Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Kapnick, JJ.